**Order entered March 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01154-CR**
**No. 05-12-01155-CR**
**No. 05-12-01156-CR**
**No. 05-12-01157-CR**

**ELISHA ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-21019-T, F11-21020-T, F11-21021-T, F11-21022-T**

## ORDER

We **GRANT** the State's March 5, 2013 motion for extension of time to file the State's brief in cause no. 05-12-01156-CR. The State's brief tendered to the Clerk of the Court on March 5, 2013 is **DEEMED** timely filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE